JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>  v.<br><br>KOULAX ENTERPRISES, a California Corporation; and Does 1-10<br><br>    Defendants. | Case: 2:16-CV-04920-CAS-AGR<br><br>**ORDER** |

### **ORDER**

The entire case is hereby ordered dismissed with prejudice.

*[signature: Christina A. Snyder]*

Dated: <u>September 8, 2016</u>

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT

1

Notice for Dismissal          Case: 2:16-CV-04920-CAS-AGR